UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -X
JEFFREY ROSE, C.E. MICHAEL BAYLEY, ET AL.

   Plaintiffs,

       v.

M/V BRANDON C. ROEHRIG, ET AL.

   Defendants

- - - - - - - - - - - - - - - - - - - - - - -X

ORDER FOR CONFERENCE
PURSUANT TO RULE 16(b)

07 Civ. 6987 (LLS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/07

     This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on __Friday, November 2nd__, 2007 at ___11:30 a.m.___ in Room ___21C___. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16.

     At least a day before the time of the conference, the parties are jointly to prepare and sign, and at the conference they are to submit to me a proposed Scheduling Order, previously signed by counsel and pro se litigants, containing the following:

   (1)  the date of the conference and the appearances for the parties;

   (2)  a concise statement of the issues as they then appear;

   (3)  a schedule including:

      (a)  the names of persons to be deposed and a schedule of planned depositions;

      (b)  a schedule for the production of documents;

   (c)   dates by which (i) each expert's
         reports' will be supplied to the
         adversary side, and (ii) each expert's
         deposition will be completed;

   (d)   time when discovery is to be completed;

   (e)   the date by which plaintiff will supply his
         pre-trial order materials to defendant;

   (f)   the date by which the parties will submit a
         pre-trial order in a form conforming with
         the Court's instructions together with trial
         briefs and either (1) proposed findings of
         fact and conclusions of law for a non-jury
         trial, or (2) proposed voir dire questions
         and proposed jury instructions, for a jury
         trial; and

   (g)   a space for the date for a final pre-trial
         conference pursuant to Fed. R. Civ. P.
         16(d), to be filled in by the Court at the
         conference.

(4)   a statement of any limitations to be placed on
      discovery, including any protective or
      confidentiality orders;

(5)   a statement of those discovery issues, if any, on
      which counsel, after a good faith effort, were
      unable to reach an agreement;

(6)   anticipated fields of expert testimony, if any;

(7)   anticipated length of trial and whether to court
      or jury;

(8)   a statement that the Scheduling Order may be
      altered or amended only on a showing of good
      cause not foreseeable at the time of the
      conference or when justice so requires;

(9)   names, address, phone numbers and signatures of
      counsel; and

---

'The experts' reports are to set forth not merely the
expert's qualifications and conclusions, but also the facts on
which the expert relies and the process of reasoning by which the
expert's conclusions are reached.

(10)   provision for approval of the court and signature
       line for the court.

       If the action is for personal injuries, plaintiff is
directed to make a monetary settlement demand and defendant is
directed to respond to such demand prior to the conference.

       Plaintiff is directed forthwith to notify defendant(s) of
the contents of this order, and send a copy of the notification to
my chambers.


Dated:    August 9, 2007
          New York, New York


                              _____
                              LOUIS L. STANTON
                              U. S. D. J.

3