James E. Mercante (JM 4231)
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue
New York, New York 10017
212-953-2381
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JEFFREY ROSE, C.E. MICHAEL BAYLEY,
JOHN GULLIVER, and SELWYN ALLEYNE,
FOR THEMSELVES AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED AND ENTITLED,              Docket No.
                                                                                                07 CV 6987 (LLS)
                                  Plaintiffs,
                                                                                                **RULE 7.1**
        - against -                                                                             **STATEMENT**

M/V "BRANDON C. ROEHRIG", her engines, tackle,       ECF Case
boiler, etc., *in rem*, TUG BRANDON C. ROEHRIG LLC,
and ROEHRIG MARITIME LLC, *in personam*.

                                  Defendants.
-----------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants (a private non-governmental party) certifies that there are no corporate parents, subsidiaries, or affiliates of the plaintiffs which are publicly held.

Dated:     New York, New York
           August 15, 2007

                                          RUBIN, FIORELLA & FRIEDMAN LLP
                                          Attorneys for Defendants

                                          By: _____
                                                James E. Mercante (JM 4231)
                                          292 Madison Avenue
                                          New York, New York 10017
                                          212-953-2381
                                          212-953-2462 (fax)
                                          jmercante@rubinfiorella.com

TO:  Charles T. Murphy, Esq. (CM 2125
     Patrick F. Lennon, Esq. (PL 2162)
     LENNON, MURPHY & LENNON, LLC
     Attorneys for Plaintiffs
     The GrayBar Building
     420 Lexington Ave., Suite 300
     New York, New York 10170