UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY ROSE, C.E. MICHAEL BAYLEY,
JOHN GULLIVER, and SELWYN ALLEYNE,
FOR THEMSELVES AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED AND ENTITLED,     :   ECF CASE
                               Plaintiffs,     :   07 CV 6987

   - against -

M/V "BRANDON C. ROEHRIG" her engines, tackle,
boiler, etc. *in rem*, TUG BRANDON C. ROEHRIG LLC,
and ROEHRIG MARITIME LLC, *in personam*
                              Defendants.
------------------------------------------------------------------X

## PROOF OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), the Plaintiff hereby makes proof of service to the Court. Plaintiffs have attached hereto as Exhibit 1 a true and accurate copy of the executed Return of Service, executed August 6, 2007, attesting that service of the Summons and Complaint was made upon Defendant Roehrig Maritime LLC at One School Street, Ste. 202, Glen Cove, NY 11542 and Tug Brandon C. Roehrig LLC. at One School Street, Ste. 202, Glen Cove, NY 11542

Dated: Southport, Connecticut
       October 11, 2007

                                             The Plaintiffs,
                                             Jeffery Rose, Individual
                                             C.E Michael Bayley, Individual
                                             John Gulliver, Individual
                                             Selwyn Alleyne, Individual

By: _____
     Charles E. Murphy (2125) CM
     LENNON, MURPHY & LENNON, LLC
     Tide Mill Landing
     2425 Post Road
     Southport, CT 06890
     (203) 256-8600 – phone
     (203) 256-8615 – fax
     cem@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on October 11, 2007, a copy of the foregoing Proof of Service was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Charles E. Murphy