STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: LENNON, MURPHY & LENNON, LLC - 1740

---

JEFFREY ROSE, ETAL

Plaintiff(s)

Index #: 07 CV 6987 (STANTON)

- against -

Date Filed:

M/V "BRANDON C. ROEHRIG" ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 6, 2007 at 01:45 PM at

ONE SCHOOL STREET
SUITE 202
GLEN COVE, NY 11542

deponent served the within true copy of the SUMMONS & COMPLAINT on TUG BRANDON C. ROEHRIG LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**   by delivering thereat a true copy of each to MR. GARY OSWALD personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | LIGHT BROWN | 48 | 6'0 | 185 |

Sworn to me on: August 7, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID KLEINBERG

Docket #: 495348

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: LENNON, MURPHY & LENNON, LLC - 1740

---

JEFFREY ROSE, ETAL

Plaintiff(s)

- against -

M/V "BRANDON C. ROEHRIG" ETAL

Defendant(s)

Index #: 07 CV 6987 (STANTON)

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 6, 2007 at 01:45 PM at

ONE SCHOOL STREET
SUITE 202
GLEN COVE, NY 11542

deponent served the within true copy of the SUMMONS & COMPLAINT on TUG BRANDON C. ROEHRIG LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**  by delivering thereat a true copy of each to MR. GARY OSWALD personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | LIGHT BROWN | 48 | 6'0 | 185 |

Sworn to me on: August 7, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID KLEINBERG

Docket #: 495348

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: LENNON, MURPHY & LENNON, LLC - 1740

JEFFREY ROSE, ETAL

Plaintiff(s)

Index #: 07 CV 6987 (STANTON)

- against -

Date Filed:

M/V "BRANDON C. ROEHRIG" ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 6, 2007 at 01:45 PM at

ONE SCHOOL STREET
SUITE 202
GLEN COVE, NY11542

deponent served the within true copy of the SUMMONS & COMPLAINT on ROEHRIG MARITIME LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**    by delivering thereat a true copy of each to MR. GARY OSWALD personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | LIGHT BROWN | 48 | 6'0 | 185 |

Sworn to me on: August 7, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**DAVID KLEINBERG**

Docket #: 495349

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: LENNON, MURPHY & LENNON, LLC - 1740

JEFFREY ROSE, ETAL

Plaintiff(s)

Index #: 07 CV 6987 (STANTON)

- against -

Date Filed:

M/V "BRANDON C. ROEHRIG" ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 6, 2007 at 01:45 PM at

ONE SCHOOL STREET
SUITE 202
GLEN COVE, NY 11542

deponent served the within true copy of the SUMMONS & COMPLAINT on ROEHRIG MARITIME LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**    by delivering thereat a true copy of each to MR. GARY OSWALD personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | LIGHT BROWN | 48 | 6'0 | 185 |

Sworn to me on: August 7, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID KLEINBERG

Docket #: 495349