```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
Jeffrey ROSE, et al.

                    Plaintiffs,         07 Civ. 6987 (LLS)

        - against -                     ORDER

M/V "BRANDON C. ROEHRIG", et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        April 10, 2008

                                   _____
                                   LOUIS L. STANTON
                                   U. S. D. J.

MICROFILMED APR 1 1 2008 -9 00 AM

Returned to chambers for scanning on 4-11-08.
Scanned by chambers on _____.